John F. Brady (63900)
John F. Brady & Associates
4308 Lime Street
Riverside, CA 92501
Tel: 951-682-3050
Fax: 951-777-2875
johnbrady.cbg@zoho.com

FOR COURT USE ONLY

**FILED & ENTERED**

**FEB 16 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

☒ Attorney for: Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – *RIVERSIDE* DIVISION

| | |
|---|---|
| In re:<br><br>JOHN FITCH.<br><br>MARY FITCH<br><br><br><br>Debtors. | CASE NO.: 6:13-bk-17103-MW<br><br>CHAPTER: 7<br><br>**ORDER ON DEBTORS' AMENDED MOTION FOR ORDER REOPENING CHAPTER 7 BANKRUPTCY CASE FOR THE PURPOSE OF AMENDING SCHEDULE B TO DISCLOSE A PREVIOUSLY UNKNOWN ASSET, AND AMENDING SCHEDULE C TO EXEMPT A PREVIOUSLY UNKNOWN ASSET; DECLARATION OF JOHN FITCH**<br><br>[No Hearing Required] |

The Court having reviewed the Debtor's Amended Motion for Order Reopening Chapter 7 Bankruptcy Case for the Purpose of Amending Schedule B to Disclose a Previously Unknown Asset, and Amending Schedule C to Exempt a Previously Unknown Asset; Declaration of John Fitch, **filed on 2/15/2017 as docket entry number 18**, and good cause appearing therefore;

**IT IS ORDERED:**

1. The Debtor's Amended Motion for Order Reopening Chapter 7 Bankruptcy Case, filed on 2/15/2017 (the "Amended Motion") , is denied without prejudice on the ground that the procedures applicable to matters to be determined after

1

notice of opportunity to request a hearing under Local Bankruptcy Rule 9013-1(o) have not been complied with.  The Amended Motion was filed on February 15, 2017, and the 14 day waiting requirement under Local Bankruptcy Rule 9013-1(o)(1)(A)(ii) has not yet expired.  If Debtors wish to proceed with this matter they should start over and comply with the Local Bankruptcy Rules instead of seeking shortcuts not authorized under the Rules.

IT IS SO ORDERED.

###

Date: February 16, 2017

Mark S. Wallace
United States Bankruptcy Judge