John F. Brady (63900)
John F. Brady & Associates
4308 Lime Street
Riverside, CA 92501
Tel: 951-682-3050
Fax: 951-777-2875
johnbrady.cbg@zoho.com

☒ Attorney for: Debtors

FOR COURT USE ONLY

**FILED & ENTERED**

**MAR 08 2017**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** craig **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA –*RIVERSIDE* DIVISION

| In re:<br><br>JOHN FITCH.<br><br>MARY FITCH<br><br>Debtors. | CASE NO.: 6:13-bk-17103-MW<br><br>CHAPTER: 7<br><br>**ORDER ON DEBTOR'S SECOND AMENDED MOTION FOR ORDER REOPENING CHAPTER 7 BANKRUPTCY CASE FOR THE PURPOSE OF AMENDING SCHEDULE B TO DISCLOSE A PREVIOUSLY UNKNOWN ASSET, AND AMENDING SCHEDULE C TO EXEMPT A PREVIOUSLY UNKNOWN ASSET; DECLARATION OF JOHN FITCH; DECLARATION OF JOHN F. BRADY**<br><br>[No Hearing Required] |
|---|---|

The court having reviewed the Debtor's Amended Motion for Order Reopening Chapter 7 Bankruptcy Case for the Purpose of Amending Schedule B to Disclose a Previously Unknown Asset, and Amending Schedule C to Exempt a Previously Unknown Asset; Declaration of John Fitch; Declaration of John F. Brady, **filed on 2/16/2017 as docket entry number 20**, and good cause appearing therefore;

**IT IS ORDERED:**

1. The Debtor's Second Amended Motion for Order Reopening Chapter 7 Bankruptcy Case, filed on 2/16/2017, is granted; and

2. The above-captioned Chapter 7 case, Case No.: 6:13-bk-17103-MW, is

1

1     reopened.

2     IT IS SO ORDERED.

###

Date: March 8, 2017

Mark S. Wallace
United States Bankruptcy Judge

2