



**UNITED STATES BANKRUPTCY COURT**
**Central District of California**
**Riverside Division**

In Re:

John Fitch

Debtor(s)

Case No: 6:13-17103-MW
Chapter No.: 7
ORDER REOPENING
BANKRUPTCY CASE

Due to inadvertence and/or clerical error, the above-captioned case having been closed on March 22, 2017 it is hereby

ORDERED that the above-captioned case be and the same is hereby reopened.

Date: 3/29/17

_Mark S. Wallace_

Honorable Mark S. Wallace
United States Bankruptcy Judge