PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501
Telephone:     (951) 276-6990
Facsimile:     (951) 276-6973
Email:         Everett.L.Green@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOHN FITCH and<br>MARY FITCH,<br><br><br>        Debtors. | Case No. 6:13-bk-17103-MW<br><br>Chapter 7<br><br>**REQUEST OF JUDICIAL NOTICE IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION FOR AN ORDER APPOINTING CHAPTER 7 TRUSTEE**<br><br>Date:        April 25, 2017<br>Time:        2:00 p.m.<br>Place:       United States Bankruptcy Court<br>             Video Courtroom 225<br>             3420 Twelfth St.<br>             Riverside, California 92501 |

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTORS, DEBTORS' COUNSEL, AND ALL PARTIES-IN-INTEREST:**

Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"), pursuant to Federal Rule of Evidence 201, hereby requests that the Court take judicial notice of the following documents and their contents in connection with the U.S. Trustee's *Motion for order Appointing Chapter 7 Trustee ("Motion")*.

**I.      Judicially Noticed Documents**

1.      Docket, a true and correct copy is attached hereto as Exhibit 1.

2.      Debtors' Second Amended Motion to Reopen, a true and correct copy is attached hereto as Exhibit 2.

3.      March 8, 2017 & March 29, 2017 Orders, true and correct copies are attached hereto as Exhibit 3.

4.      Amended Schedules A & B, true and correct copies are attached hereto as Exhibit 4.

**II.      Supporting Authorities**

Federal courts may take judicial notice of facts which are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. Rule Evid. 201(c)(2).  Specifically, they may take notice of materials in their own files. *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) (court may take judicial notice of its own records).


DATED: April 4, 2017                    PETER C. ANDERSON
                                        UNITED STATES TRUSTEE


                                        By:      /s/ Everett L. Green
                                                 Everett L. Green
                                                 Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

    Office of the U.S. Trustee, 3801 University Ave., Suite 720, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): _____
RIN ISO Motion to Appoint a Ch. 7 Trustee
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/04/2017_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  See attached NEF service list

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __04/04/2017_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  Debtors, J. Fitch & M. Fitch, 914 Church Street Redlands, CA 92374

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __04/04/2017_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

  Hon. Mark Wallace, 411 W. Fourth St., Suite 6135, Santa Ana, CA 92701-4593 (overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/04/2017 | Everett L. Green | /s/ Everett L. Green |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:13-bk-17103-MW

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Todd B Becker**    brief@beckerlawgroup.com, MOTA@BECKERLAWGROUP.COM
- **John F Brady**    johnbrady.cbg@zoho.com, jfb.ecf@gmail.com
- **Howard B Grobstein (TR)**    hbgtrustee@gtfas.com, C135@ecfcbis.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## **Creditor List**

Click the link above to produce a complete list of **creditors** only.

## **List of Creditors**

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

# Exhibit 1

**REOPENED**

# U.S. Bankruptcy Court
## Central District of California (Riverside)
## Bankruptcy Petition #: 6:13-bk-17103-MW

|  |  |
|---|---|
| *Date filed:* | 04/22/2013 |
| *Date reopened (2):* | 03/29/2017 |
| *Debtor discharged:* | 08/05/2013 |
| *Joint debtor discharged:* | 08/05/2013 |
| *341 meeting:* | 05/30/2013 |
| *Deadline for objecting to discharge:* | 07/29/2013 |
| *Deadline for financial mgmt. course (db):* | 07/29/2013 |
| *Deadline for financial mgmt. course (jdb):* | 07/29/2013 |

*Assigned to:* Mark S Wallace
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

| **Debtor** | represented by | **Todd B Becker** |
|---|---|---|
| **John Fitch** | | Law Offices of Todd B Becker |
| 914 Church Street | | 3750 E Anaheim St Ste 100 |
| Redlands, CA 92374 | | Long Beach, CA 90804 |
| SAN BERNARDINO-CA | | 562-495-1500 |
| SSN / ITIN: xxx-xx-3604 | | Fax : 562-494-8904 |
| | | Email: brief@beckerlawgroup.com |

**John F Brady**
4308 Lime Street
Riverside, CA 92501
951-682-3050
Fax : 951-777-2875
Email: johnbrady.cbg@zoho.com

| **Joint Debtor** | represented by | **Todd B Becker** |
|---|---|---|
| **Mary Fitch** | | (See above for address) |
| 914 Church Street | | |
| Redlands, CA 92374 | | **John F Brady** |
| SAN BERNARDINO-CA | | (See above for address) |
| SSN / ITIN: xxx-xx-4589 | | |

**Trustee**
**Howard B Grobstein (TR)**
Grobstein Teeple, LLP
7121 Magnolia Ave, Suite F
Riverside, CA 92504
951-234-0951

**U.S. Trustee**
**United States Trustee (RS)**

Exhibit 1, pg. 5

3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

| Filing Date | # | Docket Text |
|---|---|---|
| 04/22/2013 | 1<br>(60 pgs) | Chapter 7 Voluntary Petition . Fee Amount $306 Filed by John Fitch, Mary Fitch (Becker, Todd) (Entered: 04/22/2013) |
| 04/22/2013 | 2<br>(1 pg) | Declaration Re: Electronic Filing Filed by Debtor John Fitch, Joint Debtor Mary Fitch. (Becker, Todd) (Entered: 04/22/2013) |
| 04/22/2013 | 3<br>(2 pgs) | Certificate of Credit Counseling Filed by Debtor John Fitch, Joint Debtor Mary Fitch. (Becker, Todd) (Entered: 04/22/2013) |
| 04/22/2013 | 4<br>(18 pgs) | Debtor's Certification of Employment Income Filed by Debtor John Fitch, Joint Debtor Mary Fitch. (Becker, Todd) (Entered: 04/22/2013) |
| 04/22/2013 | 5 | Statement of Social Security Number(s) Form B21 Filed by Debtor John Fitch, Joint Debtor Mary Fitch. (Becker, Todd) (Entered: 04/22/2013) |
| 04/22/2013 | | Receipt of Voluntary Petition (Chapter 7)(6:13-bk-17103) [misc,volp7] ( 306.00) Filing Fee. Receipt number 32637651. Fee amount 306.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/22/2013) |
| 04/22/2013 | 6<br>(2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 05/30/2013 at 08:00 AM at RM 103, 3801 University Ave., Riverside, CA 92501. Objections for Discharge due by 07/29/2013. Cert. of Financial Management due by 07/29/2013 for Debtor and Joint Debtor (if joint case) (Becker, Todd) (Entered: 04/22/2013) |
| 04/25/2013 | 7<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting (AutoAssign Chapter 7)) No. of Notices: 9. Notice Date 04/25/2013. (Admin.) (Entered: 04/25/2013) |
| 06/03/2013 | | Chapter 7 Trustee's Report of No Distribution: I, Howard B Grobstein (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial |

| | | |
|---|---|---|
| | | affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 185675.00, Assets Exempt: $ 44575.00, Claims Scheduled: $ 325555.37, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 325555.37. Filed by Trustee Howard B Grobstein (TR) (RE: related document(s)6 Meeting of Creditors with 341(a) meeting to be held on 05/30/2013 at 08:00 AM at RM 103, 3801 University Ave., Riverside, CA 92501. Objections for Discharge due by 07/29/2013. Cert. of Financial Management due by 07/29/2013 for Debtor and Joint Debtor (if joint case)). (Grobstein (TR), Howard) (Entered: 06/03/2013) |
| 07/16/2013 | 8 (3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 07/16/2013) |
| 07/17/2013 | 9 (2 pgs) | Financial Management Course Certificate Filed by Debtor John Fitch (RE: related document(s)6 Meeting (AutoAssign Chapter 7)). (Becker, Todd) (Entered: 07/17/2013) |
| 07/17/2013 | 10 (2 pgs) | Financial Management Course Certificate Filed by Joint Debtor Mary Fitch (RE: related document(s)6 Meeting (AutoAssign Chapter 7)). (Becker, Todd) (Entered: 07/17/2013) |
| 07/19/2013 | 11 (5 pgs) | BNC Certificate of Notice (RE: related document(s)8 Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 07/19/2013. (Admin.) (Entered: 07/19/2013) |
| 08/05/2013 | 12 (2 pgs) | DISCHARGE OF BOTH DEBTORS (BNC) (Soria, Maria) (Entered: 08/05/2013) |
| 08/06/2013 | 13 | Bankruptcy Case Closed - DISCHARGE. Order of Discharge in the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain |

| | | |
|---|---|---|
| | | open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Tapia, Eileen) (Entered: 08/06/2013) |
| 08/07/2013 | 14 (5 pgs) | BNC Certificate of Notice (RE: related document(s)12 DISCHARGE OF DEBTOR - Chapter 7 (CACB AutoDischarge) (BNC)) No. of Notices: 9. Notice Date 08/07/2013. (Admin.) (Entered: 08/07/2013) |
| 02/13/2017 | 15 (8 pgs) | Motion to Reopen Chapter 7 Case . Fee Amount $260 Filed by Debtor John Fitch, Joint Debtor Mary Fitch (Brady, John) (Entered: 02/13/2017) |
| 02/13/2017 | 16 (7 pgs) | Amended Schedule B (Official Form B6B) - Personal Property , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) Filed by Debtor John Fitch, Joint Debtor Mary Fitch. (Brady, John WARNING: Schedules are stricken. Modified on 2/16/2017 (Craig, John). (Entered: 02/13/2017) |
| 02/13/2017 | | Receipt of Motion to Reopen Case(6:13-bk-17103-MW) [motion,mreop] ( 260.00) Filing Fee. Receipt number 44216107. Fee amount 260.00. (re: Doc# 15) (U.S. Treasury) (Entered: 02/13/2017) |
| 02/15/2017 | 17 (2 pgs) | Order Temporarily Denying Motion To Reopen Case (BNC-PDF) (Related Doc 15) Signed on 2/15/2017. Amended schedules previously filed on or about February 13, 2017 are stricken. Modified on 2/16/2017 (Craig, John). (Entered: 02/15/2017) |
| 02/15/2017 | 18 (8 pgs) | Amended Motion (related document(s): 15 Motion to Reopen Chapter 7 Case . Fee Amount $260 filed by Debtor John Fitch, Joint Debtor Mary Fitch) Filed by Debtor John Fitch, Joint Debtor Mary Fitch (Brady, John) (Entered: 02/15/2017) |
| 02/16/2017 | 19 (2 pgs) | Order on Debtors' amended motion for order reopening chapter 7 bankruptcy case for the purpose of amending schedule B to disclose a previously unknown asset, and amending schedule C to exempt a previously unknown asset (BNC-PDF) (Related Doc # 18 ) Signed on 2/16/2017 (Craig, John) (Entered: 02/16/2017) |
| 02/16/2017 | 20 (16 pgs) | Amended Motion (related document(s): 15 Motion to Reopen Chapter 7 Case . Fee Amount $260 filed by Debtor John Fitch, Joint Debtor Mary Fitch) *Seconded Amended* |

| | | |
|---|---|---|
| | | *Motion* Filed by Debtor John Fitch, Joint Debtor Mary Fitch (Brady, John) (Entered: 02/16/2017) |
| 02/17/2017 | 21 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)17 Order on Motion to Reopen Case (BNC-PDF)) No. of Notices: 1. Notice Date 02/17/2017. (Admin.) (Entered: 02/17/2017) |
| 02/18/2017 | 22 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)19 Order on Amended Motion (BNC-PDF)) No. of Notices: 1. Notice Date 02/18/2017. (Admin.) (Entered: 02/18/2017) |
| 03/06/2017 | 23 (21 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor John Fitch, Joint Debtor Mary Fitch (RE: related document(s)20 Amended Motion (related document(s): 15 Motion to Reopen Chapter 7 Case . Fee Amount $260 filed by Debtor John Fitch, Joint Debtor Mary Fitch) *Seconded Amended Motion*). (Brady, John) (Entered: 03/06/2017) |
| 03/08/2017 | 24 (2 pgs) | Order Granting an Amended Motion to Reopen case (BNC-PDF) (Related Doc # 20 and # 15 ) Signed on 3/8/2017 (Craig, John) (Entered: 03/08/2017) |
| 03/09/2017 | 25 (7 pgs) | Amended Schedule B (Official Form B6B) - Personal Property , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) Filed by Debtor John Fitch, Joint Debtor Mary Fitch. (Brady, John) (Entered: 03/09/2017) |
| 03/10/2017 | 26 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)24 Order on Amended Motion (BNC-PDF)) No. of Notices: 1. Notice Date 03/10/2017. (Admin.) (Entered: 03/11/2017) |
| 03/22/2017 | 27 | Bankruptcy Case Closed - DISCHARGE. Order of Discharge in the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Craig, John) (Entered: 03/22/2017) |
| 03/29/2017 | 28 (1 pg) | Order Reopening Bankruptcy Case (BNC-PDF) Signed on 3/29/2017. (Craig, John) (Entered: 03/29/2017) |

Exhibit 1, pg. 9

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/30/2017 15:29:43 | | | |
| PACER Login: | ██████4057390:4299065 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:13-bk-17103-MW Fil or Ent: filed From: 12/30/2012 To: 3/30/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 3 | Cost: | 0.30 |

Exhibit 1, pg. 10

# Exhibit 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John F. Brady (SBN: 63900)<br>JOHN F. BRADY & ASSOCIATES, APLC<br>4803 Lime Street<br>Riverside, CA 92501<br>Tel (951) 692- 3050<br>Fax: (951) 777-2975<br>johnbrady.cbg@zoho.com<br><br><br>☐  *Debtor(s) appearing without an attorney*<br>☒  *Attorney for: Debtors* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br>JOHN FITCH,<br><br>MARY FITCH,<br><br><br><br><br>Debtor(s). | CASE NO.: 6:13-bk-17103-MW<br><br>CHAPTER: 7<br><br><br>**NOTICE OF OPPORTUNITY TO<br>REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) JOHN FITCH & MARY FITCH
    filed a motion or application (Motion) entitled  Second Amended Debtors' Motion for Order Reopening Chapter 7
    Bankruptcy Case for the Purpose of Amending Schedule B to Disclose a Previously Unkknown Asset and
    Amending Schedule C to Exempt a Previously Unknow Asset; Declaration of John Fitch, *Declaration of John F. Brady*

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a
    party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  *(Check appropriate box below)*:

    ☒  The full Motion is attached to this notice; or

    ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is
    attached to this notice.

4.  **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to
    LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve
    a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if
    you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                      F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

Exhibit 2, pg. 12

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 02/16/2017

_____
Signature of Movant or attorney for Movant

John F. Brady
_____
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Exhibit 2, pg. 13

John F. Brady (SBN: 63900)
John F. Brady & Associates, APLC
4308 Lime Street
Riverside, CA 92501
Tel: 951-682-3050
Fax: 951-777-2875
johnbrady.cbg@zoho.com

Attorney for Debtors
John Fitch & Mary Fitch

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In Re: | Case No.: 6:13-bk-17103-MW |
| JOHN FITCH, | Chapter 7 |
| MARY FITCH. | **SECOND AMENDED DEBTORS' MOTION FOR ORDER REOPENING CHAPTER 7 BANKRUPTCY CASE FOR THE PURPOSE OF AMENDING SCHEDULE B TO DISCLOSE A PREVIOUSLY UNKNOWN ASSET, AND AMENDING SCHEDULE C TO EXEMPT A PREVIOUSLY UNKNOWN ASSET; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOHN FITCH; DECLARATION OF JOHN F. BRADY** |
| Debtor. | [NO HEARING UNLESS REQUESTED IN WRITING] (Pursuant to LBR 9013-1(o)) |

TO THE HONORABLE MARK S. WALLACE, UNITED STATES
BANKRUPTCY JUDGE; HOWARD B. GROBSTEIN, CHAPTER 7
TRUSTEE; THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL
PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** the Debtors request that their case be reopened for the purpose of amending Schedule B, of their previously filed Chapter 7 bankruptcy, to disclose a previously unknown asset, and amending Schedule C, of their previously filed Chapter 7 bankruptcy, to exempt a previously unknown asset.

The motion is based upon this Notice of Motion, Motion, the attached declarations, Memorandum of Points and Authorities, and all documents and records on file with the court.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

The Debtors, John Fitch & Mary Fitch, filed a Chapter 7 bankruptcy on April 22, 2013. Howard B. Grobstein was the duly appointed and acting Chapter 7 Trustee.

On June 3, 2013 the Chapter 7 Trustee filed a "no asset report." The Debtors received a discharge on August, 5, 2013.

The Debtors need to amend Schedule B of their petition in order to disclose a previously unknown asset relating to pre-petition unpaid overtime wages earned between January 6, 2012 to the date of filing of their Petition on April 22, 2013 pursuant to a class action claim against Mr. Fitch's previous employer.

The Debtor needs to amend Schedule C of their petition in order to exempt a previously unknown asset relating to pre-petition unpaid overtime wages earned between January 6, 2012 to the date of filing of their Petition on April 22, 2013 pursuant to a class action claim against Mr. Fitch's previous employer.

Exhibit 2, pg. 15    NOTICE OF MOTION AND MOTION TO REOPEN CASE

At the time of filing, the Debtors were unaware of the unpaid overtime wage claim.

The Debtors will file amendments to Schedules B and C upon reopening of their case.

There is no prejudice to any creditor in reopening the Debtor's Chapter 7 Case.

Should the Court determine that a trustee need be appointed, the Debtors do not oppose.

## II.    HISTORY OF PREVIOUSLY DENIED MOTION

Local Bankruptcy Rule ("LBR") 5010-1, which governs the procedures for filing a motion to reopen a bankruptcy case states, under LBR 5010-1(e):

> "MOTION MAY BE CONSIDERED without a hearing. A motion to reopen may be ruled on without a hearing pursuant to *LBR 9013-1(q)*. The movant must not calendar a hearing date nor will a hearing be held on the motion, unless otherwise ordered by the Court" (emphasis added) LBR 5010-1(e).

On 2/13/2017 Debtors filed a Motion to Reopen the present case in order to disclose and exempt previously unknown assets (See Docket 15). The Motion was filed along with a notice of motion pursuant to LBR 9013-1(q) by using local form F 9013-1.2.NO.HEARHING. NOTICE (See Docket 15). Item four (4) of the court approved form states:

> "Movant will promptly lodge an order that the court may use

1    to rule on the motion, as the court may rule on the motion
2    without a hearing and without an opportunity for any party
     to file a request for a hearing" Local bankruptcy form F
3    9013-1.2.NO.HEARHING.NOTICE of the Central District
4    of California.
5
6        Debtors' amended Schedules B & C were filed concurrently with the
7    Notice of Motion and Motion to reopen the Debtors' bankruptcy case on
8    2/13/2017 (See Docket 16).
9
10       On 2/15/2017, an order temporarily Denying Motion to Reopen the
11   Debtors' case was entered as Docket number 17. Pursuant to the order, the
12   Motion was denied due to:
13
14       "(1) The Debtor's Motion for Order Reopening Chapter 7
         Bankruptcy Case, filed on 2/13/2017, is denied without
15       prejudice on the ground that amended schedules should not
16       be filed until after an order has been filed and entered
         reopening the case; and  (2) Amended schedules previously
17       filed on or about February 13, 2017 are stricken" (See Order
18       on Amended Motion, Docket 17).

19       The order denying the motion made no mention as to the appropriateness
20   of the notice of motion, under LBR 9013(q), which was filed along with the
21
22   motion nor did the order raise concerns as to the timing of the lodged order on
23   the motion.
24
25       After reviewing the order, Debtor's Counsel promptly refiled an Amended
26   Motion to reopen the Debtors' case using the same notice of motion,  local form
27   F 9013-1.2.NO.HEARHING.NOTICE, as in the previous Motion (See Docket
28   18).

NOTICE OF MOTION AND MOTION TO REOPEN CASE

In accordance with previous order denying the motion, Debtors' Amended Schedules B & C were not filed concurrently with the Amended Motion to reopen.

On 2/16/2017, an order was entered Denying Debtors' Amended Motion because:

> "Debtor's Amended Motion for Order Reopening Chapter 7 Bankruptcy Case, filed on 2/15/2017 (the Amended Motion"), is denied without prejudice on the ground that the procedures applicable for matters to be determined after notice of opportunity to request a hearing under Local Bankruptcy Rule 9013-1(o) have not been complied with. The Amended Motion was filed on February 15, 2017, and the 14 day waiting requirement under Local Bankruptcy Rule 9013-1(o)(1)(A)(ii) has not yet expired. If Debtors wish to proceed with this matter they should start over and comply with the Local Bankruptcy rules instead of seeking shortcuts not authorized under the Rules." (See Order on Amended Motion, Docket 19).

As previously stated, LBR 5010-1, which governs the reopening of a bankruptcy case, states that a motion to reopen may be ruled pursuant to LBR 9013-1(q). LBR 5010-1 makes no mention, and does not require, that a motion to reopen a bankruptcy must be ruled upon pursuant to 9013-1(o).

Debtors and Debtors' Counsel have in no way sought "shortcuts" under the local bankruptcy rules in an effort to obtain the relief sought in the motion to reopen. To the contrary, Debtors and Debtors' Counsel have followed the LBRs and have used authorized local forms pursuant to those rules to validly obtain the relief sought.

5

1        Per the Courts request, Debtors' submit this Second Amended Motion

2    pursuant to LBR 9013-1(o) as instructed in the Order denying the Debtors'

3

4    amended motion to reopen.

5        **WHEREFORE,** movant respectfully requests that the Honorable Court;

6

7    1.  Reopen the Debtors' bankruptcy case;

8    2.  That a trustee be appointed should the Court determine it necessary.

9    3.  For such other and further relief as the Court may deem just and proper.

10

11

12   DATED: February 6 , 2017    JOHN F. BRADY & ASSOCIATES, APLC

13   By: _____

14   John F. Brady, Attorney for Debtors,
     John Fitch & Mary Fitch

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6
NOTICE OF MOTION AND MOTION TO REOPEN CASE

## DECLARATION OF JOHN FITCH

I, John Fitch, hereby declare:

1.    I am one of the Debtors in the above-captioned proceeding. I have personal knowledge of the facts set forth herein and if called upon to testify hereto, I could and would do so competently thereto.

2.    My then wife, Mary Fitch, and I filed our Chapter 7 bankruptcy, Case No.: 6:13-bk-17103-WM, on April 22, 2013. Howard B. Grobstein was the duly appointed and acting Chapter 7 Trustee.

3.    On June 3, 2013 the Chapter 7 Trustee filed a "no asset report."

4.    We received a discharge on August 5, 2013.

3.    When we initially filed our schedules and statements in April of 2013, We did not list any claims against my then employer, Party City Corporation ("Party City").

4.    I work at Party City from January 6, 2012 to May 31, 2013.

4.    The reason I did not list claims against Party City is because I did not know that any claims existed.

5.    It has since come to my attention that I may have been misclassified as an "exempt" employee, and thus have a claim against Party City for unpaid wages. I learned of this claim around April of 2014, which was about 7 months after I received my Chapter 7 discharge.

6.    While I certainly knew the conditions of my employment, I did not have any understanding of California law that would have caused me to believe or suspect that I had been misclassified as an "exempt" employee; nor did I know that this meant I was entitled to unpaid overtime compensation.

7.    On June 4, 2015, during a deposition relating to the Party City class action claim, it was brought to my attention that I needed to reopen my Chapter 7 case and amend my filed schedules to disclose my claim against Party City. I was unware of my need to reopen and amend my bankruptcy schedules prior to June 4, 2015.

8.    My wage claim against Party City is disputed and its liquidation to money

Exhibit 2, pg. 20

is contingent upon a favorable result in the proposed class action.

8.    Based on the foregoing, I am respectfully requesting that the Court grant my Motion to reopen my Chapter 7 bankruptcy so that I may amend the appropriate schedules in my bankruptcy petition.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing facts are known by me to be true and correct.

Executed on February __9__, 2017, in Riverside, California.

_____
John Fitch, Declarant

Exhibit 2, pg. 21

# DECLARATION OF JOHN F. BRADY

I, John F. Brady, declare:

1.     I am an attorney at law admitted to practice before all of the courts of the State of California, and before this Court.  The matters set forth in this Declaration are of my own personal knowledge, and if called and sworn as witness herein, I could and would so testify.

2.     I represent the above-captioned Debtors in the above-captioned Motion to reopen their Chapter 13 case.

3.     On 2/13/2017 Debtors filed a Motion to Reopen the present case in order to disclose and exempt previously unknown assets (See Docket 15). The Motion was filed along with a notice of motion pursuant to LBR 9013-1(q) by using local form F 9013-1.2.NO.HEARHING. NOTICE (See Docket 15).

4.     Debtors' amended Schedules B & C were filed concurrently with the Notice of Motion and Motion to reopen the Debtors' bankruptcy case on 2/13/2017 (See Docket 16).

5.     On 2/15/2017, an order temporarily Denying Motion to Reopen the Debtors' case was entered as Docket number 17.

6.     The order denying the motion made no mention as to the appropriateness of the notice of motion, under LBR 9013(q), which was filed along with the motion nor did the order raise concerns as to the timing of the lodged order on the motion.

9

7.      After reviewing the order, my office promptly refiled an Amended Motion to reopen the Debtor's case using the same notice of motion, local form F 9013-1.2.NO.HEARHING.NOTICE, as in the previous Motion (See Docket 18).

8.      In accordance with previous order denying the motion, Debtors' Amended Schedules B & C were not filed concurrently with the Amended Motion to reopen.

9.      On 2/16/2017, an order was entered Denying Debtors' amended motion (See Docket 19).

10.     In a prior motion to reopen filed with this Court, case no. 6:15-bk-10417-MW ("*In re Fellin*"), the facts in that case are almost identical to the facts in this case.   My firm filed a motion to reopen pursuant to LBR 9013-1**(q)** on 10/12/2016 (See *In Re Fellin*, docket 24) and lodged an order the same date, 10/12/2016. Six (6) days later, on 10/17/2016, this Court granted and entered an Order on the Fellin Motion to reopen (See *In re Fellin*, docket 25). The form notice of motion and order used in the Fellin case was the same form as used in this case.

11.     In reliance on the granting of an Order in the Fellin case, our firm filed the identical notice of motion, LBR 9013-1**(q),** which is sanctioned in the current LBRs. Our firm was in no way "attempting shortcuts not authorized under the Rules", we were simply relying on previous experience with this Court in such motions.

12.     Debtors  and  my  firm  have  followed  the  LBRs  and  have  used

10

NOTICE OF MOTION AND MOTION TO REOPEN CASE

1 | authorized local forms pursuant to those rules to validly obtain the relief sought.

2 | 
3 | Pursuant to the Court's order on the Amended Motion to reopen, Docket

4 | number 19, the undersigned will be filing a Second Amended motion under LBR

5 | 9013-1(o) as the court has indicated this is the correct notice to be given in this

6 | 
7 | case .

8 | I declare under penalty of perjury under the laws of the State of California and

9 | the United States of America that the foregoing facts are known by me to be true and

10 | 
11 | correct.

12 | Executed on February 16, 2017, in Riverside, California.

13 | 
14 | 
15 | _____
John F. Brady, Declarant

16 | 
17 | 
18 | 
19 | 
20 | 
21 | 
22 | 
23 | 
24 | 
25 | 
26 | 
27 | 
28 | 

Exhibit 2, pg. 24        NOTICE OF MOTION AND MOTION TO REOPEN CASE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4308 Lime St.
Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o) with copy of SECOND AMENDED DEBTORS' MOTION FOR ORDER REOPENING CHAPTER 7 BANKRUPTCY CASE FOR THE PUSPOSE OF AMENDING SCHEDULE B TO DISCLOSE A PREVIOUSLY UNKNOWN ASSET, AND AMENDING SCHEDULE C TO EXEMPT A PREVIOUSLY UNKNOWN ASSET; DECLARATION OF JOHN FITCH** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below: ↗ *Declaration of John. F. Brady*

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 02/16/2017 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 7 Trustee, Howard B. Grobsterin: hbgtrustee@gtfas.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On *(date)* 02/16/2017 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (RS)
3801 University Ave. Suite 720
Riverside, CA 92501

Honorable Mark S. Wallace
411 West Fourth St. suite 6135
Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 02/17/2017 | Giovannie Rodriguez | |
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Exhibit 2, pg. 25

Label Matrix for local noticing
0973-6
Case 6:13-bk-17103-MW
Central District of California
Riverside
Thu Feb 16 11:17:01 PST 2017

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Altavista Credit Union
1425 W. Lugonia Avenue
Redlands, CA 92374-2060

CA Business Bureau
17119 Mountain Avenue
Monrovia, CA 91016

CMRE Financial Services
3075 E. Imperial Hwy
Brea, CA 92821-6753

Calvery Portfolio Services LLC
P.O. Box 27288
Tempe, AZ 85285-7288

Capital Management Services LLP
726 Exchange St., #700
Buffalo, NY 14210-1464

Chase/Best Buy
P.O. Box 15298
Wilmington, DE 19850-5298

ERI Financial Services
391 N. Main Street, Suite 206
Corona, CA 92880-2006

GE Money/Sears Home Design
P.O.Box 965036
Orlando, FL 32896-5036

GE/JCpenney
P.O.Box 965007
Orlando, FL 32896-5007

GE/Old Navy
P.O.Box 965005
Orlando, FL 32896-5005

GECRB/Care Credit
P.O.Box 965036
Orlando, FL 32896-5036

Goodyear /CBNA
P.O.Box 6497
Sioux Falls, SD 57117-6497

Gordon & Wong Law Group PC
1485 Treat Blvd, Suite 102
Walnut Creek, CA 94597-2187

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

Home Depot/Citibank
P.O.Box 6497
Sioux Falls, SD 57117-6497

Kohl's
P.O. Box 3115
Milwaukee, WI 53201-3115

MAcys
P.O. Box 8218
Mason, OH 45040-8218

Metro Rep Comm
P.O. Box 1357
Corona, CA 92878-1357

Midland Funding
8875 Aero Dr, Ste 200
San Diego, CA 92123-2255

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears/Citibank
P.O. Box 6282
Sioux Falls, SD 57117-6282

Solomon & solomon PC
Columbia Circle
P.O. Box 15019
Albany, NY 12212-5019

Target NB
P.O.Box 673
Minneapolis, MN 55440-0673

Target National Bank
P.O. Box 673
Minneapolis, MN 55440-0673

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Verizon
P.O.Box 920041
Dallas, TX 75392-0041

Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

Wells Fargo Home Mortgage
4101 Wiseman Blvd
San Antonio, TX 78251-4200

Howard B Grobstein (TR)
Grobstein Teeple
7121 Magnolia Avenue
Suite F
Riverside, CA 92504-3805

John Fitch
914 Church Street
Redlands, CA 92374-3550

John F Brady
4308 Lime Street
Riverside, CA 92501-3821

Mary Fitch
914 Church Street
Redlands, CA 92374-3550

Todd B Becker
Law Offices of Todd B Becker
3750 E Anaheim St Ste 100
Long Beach, CA 90804-4016

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Assoc.
120 Corporate Blvd., #100
Norfolk, VA 23502

Toyota Motor Credit
P.O. Box 5855
Carol Stream, IL 60197

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37

# Exhibit 3

1
2
3
4
5
6
7
8

**John F. Brady (63900)**
**John F. Brady & Associates**
**4308 Lime Street**
**Riverside, CA 92501**
**Tel: 951-682-3050**
**Fax: 951-777-2875**
**johnbrady.cbg@zoho.com**

☒ *Attorney for:* Debtors

FOR COURT USE ONLY

FILED & ENTERED

MAR 08 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig        DEPUTY CLERK

9
10

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –_RIVERSIDE_ DIVISION**

11
12
13
14
15
16
17
18
19
20

In re:

JOHN FITCH.

MARY FITCH

Debtors.

CASE NO.: 6:13-bk-17103-MW

CHAPTER: 7

**ORDER ON DEBTOR'S SECOND
AMENDED MOTION FOR ORDER
REOPENING CHAPTER 7
BANKRUPTCY CASE FOR THE
PURPOSE OF AMENDING SCHEDULE
B TO DISCLOSE A PREVIOUSLY
UNKNOWN ASSET, AND AMENDING
SCHEDULE C TO EXEMPT A
PREVIOUSLY UNKNOWN ASSET;
DECLARATION OF JOHN FITCH;
DECLARATION OF JOHN F. BRADY**

[No Hearing Required]

21
22
23
24
25
26
27
28

The court having reviewed the Debtor's Amended Motion for Order Reopening Chapter 7 Bankruptcy Case for the Purpose of Amending Schedule B to Disclose a Previously Unknown Asset, and Amending Schedule C to Exempt a Previously Unknown Asset; Declaration of John Fitch; Declaration of John F. Brady, **filed on 2/16/2017 as docket entry number 20**, and good cause appearing therefore;

**IT IS ORDERED:**

1. The Debtor's Second Amended Motion for Order Reopening Chapter 7 Bankruptcy Case, filed on 2/16/2017, is granted; and

2. The above-captioned Chapter 7 case, Case No.: 6:13-bk-17103-MW, is

Exhibit 3, pg. 29

1    reopened.

2        IT IS SO ORDERED.

3                                            ###

Date: March 8, 2017

                                   Mark S. Wallace
                                   United States Bankruptcy Judge





**UNITED STATES BANKRUPTCY COURT**
**Central District of California**
**Riverside Division**

In Re:

    John Fitch

                Debtor(s)

Case No: 6:13-17103-MW
Chapter No.: 7
ORDER REOPENING
BANKRUPTCY CASE

        Due to inadvertence and/or clerical error, the above-captioned case

having been closed on March 22, 2017 it is hereby

        ORDERED that the above-captioned case be and the same is hereby

reopened.

Date: 3/29/17

_____
Honorable Mark S. Wallace
United States Bankruptcy Judge

Exhibit 3, pg. 31

# Exhibit 4

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JOHN F. BRADY**<br>**4308 Lime Street**<br>**Riverside, CA 92501**<br>**951-682-3050 Fax: 951-777-2875**<br>**63900**<br>**johnbrady.cbg@zoho.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor*(**s**) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>        **John Fitch**<br>        **Mary Fitch**<br><br><br><br><br>Debtor(s) | CASE NO.: **6:13-bk-17103 ~ MW**<br><br>CHAPTER: **7**<br><br>---<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☑ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:     **2/9/2017**

**John Fitch**
Debtor 1 Signature

**Mary Fitch**
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

B6B (Official Form 6B) (12/07)

In re    **John Fitch,**                                          Case No.    **6:13-bk-17103**
         **Mary Fitch**
_____
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking Account | C | 2,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture | C | 500.00 |
| | | Tv, Blue Ray Player | C | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | DVD Collection | C | 1,000.00 |
| 6.  Wearing apparel. | | Clothing | C | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | 4,500.00 |
|---|---|---|
|  | (Total of this page) |  |

**3**   continuation sheets attached to the Schedule of Personal Property

Exhibit 4, pg. 34

B6B (Official Form 6B) (12/07) - Cont.

In re   **John Fitch,**
     **Mary Fitch**

                              Debtors

Case No.   **6:13-bk-17103**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k (2) Accounts** | **C** | **30,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2012 Federal and State Refund** | **C** | **6,500.00** |
| | | **Earned but unpaid pre-petition wages owed to Debtor by previous employer arising from class action relating to unpaid overtime wages.** | **C** | **83,890.92** |
| | | **Potenial penalties and interest to be paid to Debtor by previous employer arising from class action relating to pre-petition unpaid overtime wages. Approximate interest on pre-petition unpaid wages sought in suit = $39,818.00. Approximate Penalties sought in suit pursuant to California Labor Code Section 558 = $55,926.70.** | **C** | **95,744.70** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                 Sub-Total >     **216,135.62**
                            (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Exhibit 4, pg. 35

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **John Fitch,**
        **Mary Fitch**
                                                                    Case No.   **6:13-bk-17103**
_____
                           Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Toyota Corolla LE**   **120,000 miles, fair condition** | C | 5,675.00 |
| | | **2003 Ford Expedition SLT 2WD**   **130,000 miles, fair condition** | C | 3,325.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Laptop PC** | C | 250.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >        9,250.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Exhibit 4, pg. 36

B6B (Official Form 6B) (12/07) - Cont.

In re   **John Fitch,**
       **Mary Fitch**

Case No.   **6:13-bk-17103**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 229,885.62 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Exhibit 4, pg. 37

B6C (Official Form 6C) (4/13)

| In re | John Fitch, | Case No. | 6:13-bk-17103 |
|---|---|---|---|
| | Mary Fitch | | |

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Checking Account | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| **Household Goods and Furnishings** | | | |
| Furniture | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Tv, Blue Ray Player | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| DVD Collection | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| Clothing | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401k | C.C.P. § 703.140(b)(10)(E) | 30,000.00 | 30,000.00 |
| (2) Accounts | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2012 Federal and State Refund | C.C.P. § 703.140(b)(5) | 6,500.00 | 6,500.00 |
| Earned but unpaid pre-petition wages owed to Debtor by previous employer arising from class action relating to unpaid overtime wages. | 15 U.S.C. § 1673<br>C.C.P. § 703.140(b)(5) | 62,918.19<br>17,425.00 | 83,890.92 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Ford Expedition SLT 2WD | C.C.P. § 703.140(b)(2) | 3,325.00 | 3,325.00 |
| 130,000 miles, fair condition | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| Laptop PC | C.C.P. § 703.140(b)(3) | 250.00 | 250.00 |
| | | Total: 124,918.19 | 128,465.92 |

<u>0</u>  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy